1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  JOYE BLANSCETT, Bar No. 191242
   WEINBERG, ROGER & ROSENFELD
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Plaintiffs
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PEGUES, Individually; ROGER PITCHER, Individually; ALEX PEGUES and ROGER PITCHER, Individually and dba C & C MAINTENANCE SERVICE and C & C MAINTENANCE SERVICE,<br><br>Defendants. | No.   C 05-04307 SC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs LARRY TOTTEN and JOSE MORENO, in their capacities as Trustees of Plaintiffs Trust Funds, voluntarily dismiss Roger Pitcher, individually, in the above-captioned action *without*

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  ///

2  ///

3  *prejudice*.  Said voluntary dismissal without an order of the Court is appropriate, since none of the

4  Defendants have filed an answer or summary judgment in this matter.

5  Dated: May 22, 2006

6                               WEINBERG, ROGER & ROSENFELD
                             A Professional Corporation

8                               By:____/s/___Patricia A. Davis_____
                                   BARRY E. HINKLE
9                                     PATRICIA A. DAVIS
                                   JOYE BLANSCETT
10                                   Attorney for Plaintiffs

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE, Case No. 05-04307 SC

109202/421909

# CERTIFICATE OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 22, 2006, I served upon the following parties in this action:

> Alex Pegues
> 1110 Franklin Street, Suite 4
> Oakland, CA 94607-6528
>
> Individually and on behalf of C&C Maintenance and C&C Maintenance Service

copies of the document(s) described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**[X]   BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on May 22, 2006.

                                                    /s/ Marveline Carrell
                                                  Marveline Carrell

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE, Case No. 05-04307 SC

109202/421909