BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PEGUES, Individually; ROGER PITCHER, Individually; ALEX PEGUES and ROGER PITCHER, Individually and dba C & C MAINTENANCE SERVICE and C & C MAINTENANCE SERVICE,<br><br>Defendants. | No.   C 05-04307 SC<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL<br><br>Date:<br>Time:<br>Dept:   To be referred to a Magistrate Judge |

Plaintiff's Motion to Compel Responses to Interrogatories and to Request for Production of Documents came before the Court for hearing on Plaintiff's noticed Motion to Compel on ___8/4___, 2006. The Court having read and considered the papers on file and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is granted ~~in its entirety and~~ that Plaintiffs are entitled to reasonable attorneys' fees and court cost related to filing this ~~Motion~~.

1 | Defendant Alex Pegues is ~~further~~ ordered to respond to all Interrogatories and Request for
2 | Production of Documents set forth in the instant Motion within 10 days of this Order.

3 | Dated: _8/4/06_ _____
4 | UNITED STATES DISTRICT COURT

- 2 -
PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL, Case No. 05-04307 SC

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

109202/425219

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY TOTTEN, ET AL.,

      Plaintiffs,

v.

ALEX PEGUES, ET AL.,

      Defendants.
_____/

Case Number: C-05-4307 SC (JCS)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.

      That on August 4, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alex Pegues
760 Market Street #546
San Francisco, CA 94102

Alex Pegues
1110 Franklin Street, Suite 4
Oakland, CA 94607-6528

Barry E. Hinkle
Patricia A. Davis
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

Dated: August 4, 2006

RICHARD W. WIEKING, CLERK

By: _____
     Karen L. Hom
     Deputy Clerk