United States District Court
For the Northern District of California

|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |

LARRY TOTTEN, JOSE MORENO, in their ) No. C-05-4307-SC
capacities as Trustees of the )
LABORERS HEALTH AND WELFARE TRUST )
FUND FOR NORTHERN CALIFORNIA; )
LABORERS VACATION-HOLIDAY TRUST ) ORDER EXTENDING TIME
FUND FOR NORTHERN CALIFORNIA; ) FOR FILING AN
LABORERS PENSION TRUST FUND FOR ) <u>OPPOSITION AND REPLY</u>
NORTHERN CALIFORNIA; and LABORERS )
TRAINING AND RETRAINING TRUST FUND )
FOR NORTHERN CALIFORNIA, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　)
　　v. )
　　　　　　　　　　　　　　　　　　　)
ALEX PEGUES, individually; ROGER )
PITCHER, individually; ALEX PEGUES )
and ROGER PITCHER, individually and )
dba C&C MAINTENANCE SERVICE and C&C )
MAINTENANCE SERVICE, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants. )
_____)

　　　　Plaintiffs Larry Totten <u>et</u> <u>al.</u> ("Plaintiffs") filed this action against Defendants Alex Pegues, both individually and dba C&C Maintenance Service ("Defendants"), alleging causes of action

for ERISA[1] violations.[2]

Presently before the Court is Plaintiffs' motion for summary judgment. Defendants have not filed an opposition, though they were served with a copy of the motion and given adequate time to respond to it.

In the interest of justice, the Court GRANTS Defendants thirty days from the date of this Order to file a motion opposing Plaintiffs' motion for summary judgment. Plaintiffs will have ten days from the date Defendants file their opposition to file a reply brief.

The trial date of September 11, 2006 is hereby VACATED. The Court, if necessary, will set a new trial date at the appropriate time.

IT IS SO ORDERED.

Dated: August 24, 2006

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Employee Retirement Security Act, 29 U.S.C. § 1001 et seq.

[2] Plaintiffs dismissed Roger Pitcher as a defendant. See Docket Nos. 15 and 16.

-2-