BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX PEGUES, Individually; ROGER PITCHER, Individually; ALEX PEGUES and ROGER PITCHER, Individually and dba C & C MAINTENANCE SERVICE and C & C MAINTENANCE SERVICE,<br><br>　　　　　Defendants. | No.   C-05-4307-SC<br><br>~~PROPOSED~~ **SECOND AMENDED JUDGMENT** |

In accordance with this Court's March 19, 2007 Order Granting Plaintiffs' Motion for Summary Judgment, this Court's April 17, 2007 Order Regarding Attorneys' Fees and Costs, and Plaintiffs' Motion to Amend Amended Judgment, it is hereby ORDERED, ADJUDGED and DECREED that:

JUDGMENT shall be entered in favor of Plaintiffs Larry Totten and Jose Moreno, in their

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1   capacity as Trustees of the Laborers Health and Welfare Trust Fund for Northern California;
2   Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for
3   Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and
4   against Defendants Alex Pegues and C&C Maintenance Service[1] in the amount of $18,767.78 for
5   unpaid contributions, $10,069.71 in interest and liquidated damages, $29,159.94 for attorneys' fees
6   and $1,800.81 for costs. For a total amount of $59,798.24.

7   IT IS SO ORDERED

8   Dated:   October 4, 2007



UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs dismissed Roger Pitcher as a defendant. See Docket Nos. 15 and 16

- 2 -

**PROPOSED SECOND AMENDED JUDGMENT**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001