UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX PEGUES, individually; ROGER PITCHER, individually; ALEX PEGUES and ROGER PITCHER, individually and dba C&C MAINTENANCE SERVICE and C&C MAINTENANCE SERVICE, <br><br> Defendants. | No. C-05-4307-SC <br><br> ORDER DENYING DEFENDANT'S MOTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b) TO VACATE ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND TO VACATE ORDER REGARDING ATTORNEYS' <u>FEES AND COSTS</u> |

## I.  **INTRODUCTION**

This matter comes before the Court on Defendant Alex Pegues' Motion to Vacate Order Regarding Motion for Summary Judgment Under Rule 60(b) and Motion to Vacate Order Regarding Attorneys' Fees and Cost[s] Under Rule 60(b).  <u>See</u> Docket Nos. 64, 65.  Plaintiffs filed an Opposition.  <u>See</u> Docket No. 67.  For the following reasons, Defendant's Motions are DENIED.

## II.  **BACKGROUND**

On October 24, 2005, Plaintiffs filed a petition to confirm an arbitration award.  Docket No. 1.  Plaintiffs subsequently

filed a First Amended Petition and a Second Amended Petition,
after which Defendants filed an Answer. <u>See</u> Docket Nos. 4, 9, 11.
On July 21, 2006, Plaintiffs filed a Motion for Summary Judgment.
Docket No. 31. On three separate occasions the Court granted
Defendant's extensions of time to file an Opposition to the Motion
for Summary Judgment. Docket Nos. 37, 39, 34. The third
extension, granted on November 3, 2006, was for 45 days and in it
the Court noted that no further extensions would be granted.
Defendant did not respond. The Court took the matter under
submission and granted Plaintiffs' Motion for Summary Judgment and
entered judgment in favor of Plaintiffs. Docket Nos. 48, 49.

### III. **DISCUSSION**

Rule 60(b) provides that "a court may relieve a party . . .
from a final judgment . . . for . . . (1) mistake, inadvertence,
surprise, or excusable neglect . . . or (6) any other reason."
Fed. R. Civ. P. 60(b). Defendant argues that he should be granted
relief from summary judgment and from attorneys' fees and costs
because of excusable neglect. Specifically, Defendant argues that
because he was incarcerated, he is entitled to relief.

Defendant's period of incarceration, assuming, arguendo, that
the documents Defendant attached to his motions are authentic,
lasted from January 12, 2007 until August 17, 2007 and again from
December 3, 2007, until December 18, 2007. <u>See</u> Mot. Ex. A. Thus,
at the time Defendant was first incarcerated on January 12, the
Court had already taken the matter under submission and Defendant
was prohibited from filing any further briefing. In addition, on

-2-

1   December 5, 2006, Magistrate Judge Joseph Spero granted

2   Plaintiffs' Motion for Discovery Sanctions, thereby precluding

3   Defendant from presenting any further evidence that had not

4   already been disclosed to Plaintiffs.  Docket No. 46.

5       In light of these facts, Defendant's incarceration, which did

6   not begin until January 12, 2007, could not have had any impact on

7   this Court's ruling on the Motion for Summary Judgment or on

8   Plaintiffs' request for fees.  Although the judgment was not

9   issued until March 20, 2007, at the time Defendant was first

10  incarcerated, the third and final extension the Court had granted

11  had long since passed and the Court had taken the matter under

12  submission.  Accordingly, Defendant's incarceration in this case

13  does not constitute excusable neglect and Defendant's Motions are

14  DENIED.

15

16  **IV.   CONCLUSION**

17      For the reasons stated above, Defendant's Motion to Vacate

18  Order Regarding Motion for Summary Judgment Under Rule 60(b) and

19  Motion to Vacate Order Regarding Attorneys' Fees and Costs Under

20  Rule 60(b) are DENIED.  Plaintiffs' request for fees and costs

21  associated with these Motions is also DENIED.

22

23      IT IS SO ORDERED.

24

25  Dated: March , 2008

26  _____

27  UNITED STATES DISTRICT JUDGE

28  -3-